1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JULIO BALVANEDA, | Case No. 2:21-cv-01254-JWH (AFM) |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| ADELANTO ICE DETENTION FACILITY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT THEREFORE IS ORDERED that Judgment be entered **DISMISSING** this action **without prejudice** for failure to prosecute.

**IT IS SO ORDERED.**

DATED: September 30, 2021

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE