JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO BALVANEDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADELANTO ICE DETENTION FACILITY, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01254-JWH (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the action is **DISMISSED without prejudice** for failure to prosecute.

DATED: September 30, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN W. HOLCOMB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE